AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TYERONE DAVON STEPHENS,

    Plaintiff,

v.

JOHN MOORE,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 5:20-cv-063

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated January 5, 2022, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, Plaintiff's Complaint is dismissed without prejudice, and this case stands closed.

Approved by: *(signature)*
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Date: Jany 13, 2-22

John E. Triplett, Clerk of Court
Clerk

*(signature)*
(By) Deputy Clerk

GAS Rev 10/2020